**DECLARATION OF ATTORNEY PURSUANT 28 USC s. 1746**

I, Caleb Weiner, under oath, depose and state as follows:

1.  I am an attorney licensed to practice law in the Commonwealth of Massachusetts since 2006.

2.  I have been in private practice since 2025; prior to this time I was primarily in government practice working as an assistant district attorney.

3.  I accept cases by appointment on behalf of the Pilgrim Advocates, an organization which works with the Committee for Public Counsel Srgvices.  I accept criminal cases by appointment in Brockton District Court.

4.  I was appointed to represent Djeniffer Semedo last week on Wednesday, February 11, 2026.

5.  Ms. Semedo was arraigned and released on her promise to appear and to abide be all pre-trial conditions of release.  The district attorney did not seek, nor did the judge impose, any cash bail, nor did either express any concern that Ms. Semedo poses a flight risk.

6.  I learned afterwards that immediately upon her release, Ms. Semedo was arrested and detained by Immigrations and Customs Enforcement ("ICE"), in whose custody she remains.

Signed and sworn under the penalties of perjury this 14th day of February,

*/s/ Caleb B. Weiner*

Caleb B. Weiner, Esq.
37 Belmont St.
Brockton, MA 02301
(413) 570-5657