## 2215CR003313 Commonwealth vs. Semedo, Djennifer



- Case Type:
- Criminal
- Case Status:
- Closed
- File Date
- 09/27/2022
- DCM Track:
-
- Initiating Action:
- LARCENY BY CHECK UNDER $1200 c266 §37 & §30(1)
- Status Date:
- 10/21/2022
- Case Judge:
-
- Next Event:
-

| All Information | Party | Charge | Event | Docket | Disposition |

### Party Information

**Semedo, Djennifer**
- Defendant

| Alias | Party Attorney |

**More Party Information**

### Party Charge Information

- **Semedo, Djennifer**
- - Defendant
  **Charge # 1:**
  **266/37/B-1 - Misdemeanor - more than 100 days incarceration**    LARCENY BY CHECK UNDER $1200 c266 §37 & §30(1)
- Original Charge
- 266/37/B-1 LARCENY BY CHECK UNDER $1200 c266 §37 & §30(1)
  (Misdemeanor - more than 100 days incarceration)
- Amended Charge
-

| Charge Disposition | | |
| --- | --- | --- |
| Disposition Date | | |
| Disposition | | |
| 10/21/2022 | | |
| Dismissed | | |

### Events

| Date | Session | Location | Type | Result |
| --- | --- | --- | --- | --- |
| 10/21/2022 08:30 AM | Arraignment Session -- Room 1 | | Arraignment | Held - ARR completed-Dismissed-To be Dismissed |

### Docket Information

| Docket Date | Docket Text | Image Avail. |
|---|---|---|
| 09/27/2022 | Criminal complaint issued.<br>Originating Court: Brockton District Court<br>Case Number: 2215AC000613-<br>Receiving Court: Brockton District Court<br>; | |
| 09/27/2022 | Complaint issued with a summons. | |
| 09/27/2022 | Statement of facts filed. | Image |
| 10/21/2022 | Event Resulted:  Arraignment scheduled on:<br>    10/21/2022 08:30 AM<br>Has been: Held - ARR completed-Dismissed-To be Dismissed<br>Hon. Michael A Vitali, Presiding | |
| 10/21/2022 | All charges disposed - No future events - Defendant discharged.<br>Judge: Vitali, Hon. Michael A | |
| 10/21/2022 | Case dismissed due to complaint not being signed.<br><br>Judge: Vitali, Hon. Michael A | |
| 10/21/2022 | Charges Disposed::<br>Charge # 1 LARCENY BY CHECK UNDER $1200 c266 §37 & §30(1)<br>    On: 10/21/2022    Judge: Hon. Michael A Vitali<br>    Dismissed | |

## Case Disposition

| Disposition | Date |
|---|---|
| Dismissed | 10/21/2022 |