# 2415CR001625 Commonwealth vs. Ribeiro Semedo, Djeniffer

- Case Type:
- Criminal
- Case Status:
- Open
- File Date
- 04/29/2024
- DCM Track:
- 
- Initiating Action:
- A&B WITH DANGEROUS WEAPON c265 §15A(b)
- Status Date:
- 02/11/2026
- Case Judge:
- 
- Next Event:
- 03/09/2026

**All Information** | **Party** | **Charge** | **Event** | **Docket** | **Disposition**

## Party Information

**Ribeiro Semedo, Djeniffer**
- Defendant

**Alias**

**Party Attorney**
- Attorney
- Weiner, Esq., Caleb
- Bar Code
- 667674
- Address
- Weiner Law Office, PC
- 37 Belmont St
- Brockton, MA  02301
- Phone Number
- (413)570-5657

**More Party Information**

## Party Charge Information

- **Ribeiro Semedo, Djeniffer**
- - Defendant
  - **Charge # 1:**
    - **265/15A/A-1 - Felony**    A&B WITH DANGEROUS WEAPON c265 §15A(b)
- Original Charge
- 265/15A/A-1 A&B WITH DANGEROUS WEAPON c265 §15A(b) (Felony)
- Amended Charge
- 

- **Ribeiro Semedo, Djeniffer**
- - Defendant
  - **Charge # 2:**
    - **265/13M/B-0 - Misdemeanor - more than 100 days incarceration**    A&B ON FAMILY / HOUSEHOLD MEMBER c265 §13M(a)
- Original Charge
- 265/13M/B-0 A&B ON FAMILY / HOUSEHOLD MEMBER c265 §13M(a) (Misdemeanor - more than 100 days incarceration)
- Amended Charge
-

- **Ribeiro Semedo, Djeniffer**
- - Defendant
  **Charge # 3:**
  **265/13A/B-1 - Misdemeanor - more than 100 days incarceration**    A&B c265 §13A(a)
- Original Charge
- 265/13A/B-1 A&B c265 §13A(a) (Misdemeanor - more than 100 days incarceration)
- Amended Charge

- **Ribeiro Semedo, Djeniffer**
- - Defendant
  **Charge # 4:**
  **265/13A/B-1 - Misdemeanor - more than 100 days incarceration**    A&B c265 §13A(a)
- Original Charge
- 265/13A/B-1 A&B c265 §13A(a) (Misdemeanor - more than 100 days incarceration)
- Amended Charge

## Events

| Date | Session | Location | Type | Result |
|------|---------|----------|------|--------|
| 04/29/2024 08:00 AM | Arraignment Session -- Room 1 | | Arraignment | Held - Personal Recog. Release |
| 06/17/2024 09:00 AM | Pre-Trial Session -- Room 8 | | Pretrial Hearing | Defendant defaulted-Fl to Appear |
| 02/11/2026 11:00 AM | Arraignment Session -- Room 1 | | Default Removal Hearing | Held - Default Removed - CR |
| 03/09/2026 09:00 AM | Pre-Trial Session -- Room 8 | | Pretrial Hearing | |

## Docket Information

| Docket Date | Docket Text | Image Avail. |
|-------------|-------------|--------------|
| 04/29/2024 | Complaint issued upon new arrest. | |
| 04/29/2024 | Appearance filed<br>On this date Maximilian Martucelli, Esq. added as Appointed - Indigent Defendant for Defendant Djeniffer Ribeiro Semedo<br>Appearance filed  for the purpose of Case in Chief by Judge Leo Fama. | |
| 04/29/2024 | Event Resulted:  Arraignment scheduled on:<br>        04/29/2024 08:00 AM<br>Has been: Held - Personal Recog. Release<br>Leo Fama, Presiding | |
| 04/29/2024 | Defendant arraigned before Court, advised of right to counsel.<br>Judge: Fama, Leo | |
| 04/29/2024 | Commonwealth's request for finding under C276 §56A filed.<br>Judge: Fama, Leo | |
| 04/29/2024 | Court finds abuse is alleged in connection with the charged offense. C276 §56A.<br>Judge: Fama, Leo | |
| 04/29/2024 | Bail revocation warning (276/58) given to the defendant<br>Judge: Fama, Leo | |
| 04/29/2024 | Release on personal recognizance with pre-trial conditions, to wit: Refer to Court ordered Conditions | |
| 06/17/2024 | Event Resulted:  Pretrial Hearing scheduled on:<br>        06/17/2024 09:00 AM<br>Has been: Defendant defaulted-Fl to Appear<br>Hon. Daniel E Dilorati, Presiding | |

| | | |
|---|---|---|
| 06/17/2024 | Default Warrant ordered to issue.<br>Judge: Dilorati, Hon. Daniel E | |
| 06/17/2024 | Warrant Form Generated<br><br>Warrant<br>Sent On:  06/17/2024 16:33:07 | |
| 02/11/2026 | Warrant recalled:<br>Default Warrant cancelled on 02/11/2026 for Ribeiro Semedo, Djeniffer | |
| 02/11/2026 | Event Resulted:  Default Removal Hearing scheduled on:<br>        02/11/2026 11:00 AM<br>Has been: Held - Default Removed - CR<br>Hon. Sarah Jubinville, Presiding | |
| 02/11/2026 | Appearance filed<br>On this date Maximilian Martucelli, Esq. dismissed/withdrawn as Appointed - Indigent Defendant for Defendant Djeniffer Ribeiro Semedo | |
| 02/11/2026 | Appearance filed<br>On this date Caleb Weiner, Esq. added as Appointed - Indigent Defendant for Defendant Djeniffer Ribeiro Semedo<br>Appearance filed  for the purpose of Case in Chief by Judge Hon. Sarah Jubinville. | |
| 02/11/2026 | Conditions of Release Remains<br><br>Judge: Jubinville, Hon. Sarah | |
| 02/11/2026 | Order of pretrial conditions of release under G.L. c.276 § 42A filed. | Image |

## Case Disposition

| Disposition | Date |
|---|---|
| Pending | 04/29/2024 |