```
            Brockton Police Department                    Page: 1
       NARRATIVE FOR PATROLMAN MATTHEW R. NORTON
         Ref: 24-912-AR

      Entered:  04/28/2024 @ 2053     Entry ID:    649
      Modified: 04/28/2024 @ 2133     Modified ID:  649
      Approved: 04/28/2024 @ 2142     Approval ID:  517
```

On Sunday, April 28, 2024, I, Officer Norton was working the 4pm-12am uniformed patrol shift assigned to the South East sector of the City in marked patrol unit 874. At approximately 6:45pm, I was dispatched to 45 Glen Ave for a 911 cell unknown emergency. The caller called 911 and hung up without saying anything, the same phone number called again but was mapping towards 46 Glen Ave this time. Upon my arrival I was met with a male and a female standing on the porch of 48 Glen Ave. While approaching them the female stated she called by accident, but as I walked closer to the porch I saw an open box of donuts that was open on the floor with all of the donuts spilled across the porch. Multiple donuts were squish ed and scattered on the porch indicating that people had stepped on them. I also observed a shoe and broken glass more towards the front door of the house. The female who originally said she called by accident also only had 1 shoe on, indicating that she was missing her shoe and some sort of altercation occured.

I attempted to speak with the male and female while I asked for another unit to assist me, at this point the mother of the male standing outside came out into the doorway and started screaming "she doesn't live here!" while pointing at the female standing outside, now identified as D'Jenniffer Semedo. At this point Officers Phanor, Miranda and Goncalves arrived on scene to assist. We noticed D'Jenniffer had a large laceration on her right elbow and was bleeding, she applied pressure to the wound with a shirt while we waited for an ambulance to arrive. D'Jenniffer explained her side of the story as we waited for the ambulance.

According to D'Jenniffer, she was about to leave work, (Honey Dew Donuts) which she explained the male involved, now identified as (Daniel Fernandes Canuto) usually picks her up from work, but today he told her to not come to the house and that she is not allowed inside. Please note D'Jenniffer and Daniel have been dating for about 2 years now. D'Jenniffer stated that Daniel had blocked her and was ignoring her calls, so she ordered an uber to 48 Glen Ave to get her stuff from the house because she felt like she was not allowed their anymore. When she arrived Daniel was not allowing her entry into the home to retrieve her belongings, please note D'Jenniffer has been staying in the basement of the house with Daniel and sleeping there for almost 2 years. Daniels mother, later identified as (Maria Fernandes) was unaware of this female staying inside of the house because Daniel and his brother (Christian Depina) would sneak her inside and usually stay in the basement. Daniel was behind the front door, which was not fully closed as he was talking to D'Jenniffer, at this time D'Jenniffer pushed the door open into the house causing her to fall down to the right hand side where there is a table full of vases and other glass like decorations. D'Jenniffer knocked one of these items over and was cut on her right side forearm/elbow area. She then stated they (Daniel Christian and Maria) dragged her out of the house and that is when she called the police.

Officers Miranda, Goncalves and myself were allowed entry into the house by Maria, Officer Miranda spoke CV Creole with Maria who stated she understand Cv Creole better than english and then relayed the information in English to me. While talking to her, Daniel and Christian were also present, they went on to state that Daniel had been sneaking in D'Jenniffer for about 5 months now, he stated she did something that he did not want to talk about in regards to their relationship and stated he was breaking up with her. Daniel told D'Jenniffer that she can not come back to 48 Glen Ave and needed to get her stuff when he allowed her too, referring to when his mom, Maria would not be around for. Daniel stated D'Jenniffer slept at 48 Glen Ave last night and went to work at about 6 in the morning. He stated that they talked via phone call/face time and also in text, Daniel basically told her not to come to the house after work because his mom would see her and all of her belongings that were at the house. Daniel stated that he blocked her because she continuously said that she needed a ride from him from work and to get her stuff today. D'Jenniffer then got an uber to 48 Glen Ave after work and when she arrived she was not allowed inside, he told her that his mom was home and she can't see that she has been

```
                    Brockton Police Department                      Page: 2
               NARRATIVE FOR PATROLMAN MATTHEW R NORTON
            Ref: 24-912-AR

        Entered: 04/28/2024 @ 2053        Entry ID: 649
        Modified: 04/28/2024 @ 2133      Modified ID: 649
        Approved: 04/28/2024 @ 2142      Approval ID: 517
```

living there. Daniel stated the door wasn't closed all the way as he talked to her and she began to force herself into the home, causing her to fall over to the right hand side where there is a table full of said early vases, and other glass decorations. Daniel stated this is when she cut her arm as she fell back onto the table and the floor with one of the shattered decorations (which I observed on scene.) Daniel then stated D'Jenniffer used this decoration as a extension of her body and physically struck him(Daniel) with it in the upper thigh area on his left leg, he denied any injuries. Daniel stated D'Jenniffer began pushing, scratching and fighting with him, Maria and Christian. Daniel and Christian then had to pick her up and bring her outside, please note Christian did have a small scratch on his right inner forearm, but also denied medical.

D'Jenniffers' belongings were out front on the porch in a black trash bag, she also stated she is going to live with her Aunt moving forward. I then informed D'Jenniffer she was under arrest for Domestic Violence Assault &Battery and transported her to the Brockton Police Station were she was booked and processed without issue.

D'Jenniffer is being charged with 1 count of Domestic Violence Assault & Battery and 2 counts of Simple Assault & Battery. All parties were advised their rights to a 209a order but declined, D'Jenniffer signed a refusal to medical attention on scene and all other parties declined medical attention.

2024 APR 29 A 5: 26

BROCKTON DISTRICT COURT
CLERK'S OFFICE