Today 9:26 AM

Hi, Carl. My niece just called me crying. She said a new officer came and is literally antagonizing her. She said the officer opened her door, and windows told her that she needs to see her, is accusing her of having a phone other than room one which is untrue, and is asking her personal questions like where are her parents. She is said the officer keeps telling her that now all the true is going to come out. That the other officers were not doing there job right. She is is inconsolable and says that she is very scared of this women. Why are they doing this to a girl that is nearly 7 months pregnant???