

10 High Street, Suite 3
Medford, MA 02155
Tel: (617) 245-8090
Fax: (617) 245-8088
www.brookslawfirm.com

**Arinda R. Brooks,** *Founder*                              **Vitoria Guimaraes,** *Partner*
**Albert Ngo,** *Partner & COO*

February 18, 2026

The Honorable Julia E. Kobick
United States District Judge
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Djennifer Benvinda Semedo v. Lyons, et al.
Civil Action No. 26-10873

Dear Judge Kobick:

Counsel for Petitioner respectfully submits this letter to update the Court that, on February 17, 2026, Respondents released Petitioner from ICE physical custody pursuant to an Order of Release on Recognizance (ICE Form I-220A), subject to conditions of supervision. Petitioner remains hospitalized at Beth Israel Deaconess Medical Center and continues to receive medical care.

Petitioner is very grateful for this development and respectfully expresses her appreciation to Respondents and their counsel for facilitating her release while she remains hospitalized.

Petitioner nevertheless respectfully maintains that the claims in the First Amended Petition are not moot. Among other reasons, the voluntary-cessation doctrine provides that a case is not rendered moot by voluntary cessation unless it is "absolutely clear that the allegedly wrongful behavior could not reasonably be expected to recur," and the party asserting mootness bears a "formidable" burden. *Friends of the Earth, Inc. v. Laidlaw Envtl. Servs*. (TOC), Inc., 528 U.S. 167, 189-90 (2000); *ACLU of Mass. v. U.S. Conf. of Catholic Bishops*, 705 F.3d 44, 54-55 (1st Cir. 2013). Petitioner will address mootness, voluntary cessation, and other basis for the viability of further relief more fully in a reply to Respondents' response or as ordered by the Court.

Respectfully submitted,

/s/ Carl Hurvich
Carl Hurvich, Esq.
Brooks Law Firm
carl@brookslawfirm.com

/s/ Todd C. Pomerleau
Todd C. Pomerleau
Rubin Pomerleau, P.C.
rubinpom@rubinpom.com

*Counsel for Petitioner*

Encl: Exhibit A (Order of Release on Recognizance, ICE Form I-220A, dated Feb. 17, 2026)
CC: Counsel of Record.